JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ex rel. and Bennet Yale Olenick, Relator,<br><br>Plaintiffs,<br><br>vs.<br><br>Loma Linda University Medical Center,<br><br>Defendant. | Case No. CV 06-1078 GAF (VBKx)<br><br>Assigned to: The Honorable Gary A. Feess<br><br>[PROPOSED] ORDER RE VOLUNTARY DISMISSAL OF COMPLAINT<br><br>[FRCP 41] |

Pursuant to the Joint Stipulation for Voluntary Dismissal of Complaint filed by Relator Bennett Olenick ("Relator") and Defendant Loma Linda University Medical Center ("Defendant"), and consented to by counsel for the United States:

IT IS HEREBY ORDERED that:

(1) That the Second Amended Complaint in this action, and each and every cause of action asserted therein, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as to the Relator;

1        (2) That the Second Amended Complaint in this action, and each and every cause of action asserted therein, is dismissed without prejudice as to the United States; and

      (3) That each party shall bear its own attorneys' fees and costs.

Dated: 9/2/08

Hon. Gary A. Feess
United States District Court Judge

Presented by:

Kimberly A. Dunne (SBN 142721)
Laci P. Frisbie (SBN 217613)
SIDLEY AUSTIN LLP
555 West Fifth St., Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

By: _____
Laci P. Frisbie (SBN 217613)
lfrisbie@sidley.com
Attorneys for Defendant
Loma Linda University Medical Center